AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Caleb Hunter Freestone<br><br>Defendant | ) ) ) ) ) ) ) Case No. 8:23 cr 25 VMC-AEP |

**SEALED**

RCVD USMS M/FL TAMPA 2023 JAN 19 PM 2:03

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Caleb Hunter Freestone  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy Against Rights, in violation of 18 U.S.C. § 241;
Freedom of Access to Clinic Entrances, in violation of 18 U.S.C. §§ 248(a)(1) and 2;
Freedom of Access to Clinic Entrances, in violation of 18 U.S.C. § 248(a)(3) and 2.

Date: 1/19/2023

Issuing officer's signature

City and state:   Tampa, FL        ELIZABETH WARREN, Clerk, United States District Court
                                                            Printed name and title

---

**Return**

This warrant was received on (date) 1/19/2023 , and the person was arrested on (date) 1/23/2023
at (city and state) Miami, FL .

Date: _____

Arresting officer's signature

Miguelina Peña   DUSM
Printed name and title