UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**,
    *Plaintiff*

  v.

**CALEB FREESTONE**
**AMBER MARIE SMITH-STEWART**,
    *Defendant*

Case No. 8:23-CR-00025-VMC-AEP

## NOTICE OF COUNSEL'S COMPLIANCE WITH MIDDLE DISTRICT FILING REQUIERMENTS

Counsel hereby gives notice that she has complied with Local Rule 2.01(b)(1)(G) and (c)(5) by registering with the Middle District's CM/ECF system, system as ordered by the Court at CM/ECF No. 24.

.

DATED this 11th day of February, 2023.

    /s/ *Sarah Alvarez*
    Sarah Alvarez, OSB # 182999
    Civil Liberties Defense Center
    1430 Willamette Street #359.
    Eugene, OR 97401-9049
    Telephone: (541) 687-9180
    Fax: (541) 804-7391
    Email: salvarez@cldc.org

CERTIFICATE OF SERVICE

I, Sarah Alvarez, certify that on February 11, 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the Office of the United States Attorney.

/s/ *Sarah Alvarez*
Sarah Alvarez, OSB #182999
Counsel for Defendant