UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**,
  *Plaintiff*

 **v.**
**CALEB FREESTONE**
**AMBER MARIE SMITH-STEWART**,
  *Defendant*

Case No. 8:23-CR-00025-VMC-AEP

## NOTICE OF COUNSEL'S COMPLIANCE WITH MIDDLE DISTRICT FILING REQUIERMENTS

Counsel hereby gives notice that she has complied with Local Rule 2.01(b)(1)(G) and (c)(5) by registering with the Middle District's CM/ECF, system as ordered by the Court at CM/ECF No. 24.

DATED this 11th day of February, 2023.

  /s/ *Lauren C. Regan*
  Lauren C. Regan, OSB # 970878
  Civil Liberties Defense Center
  1430 Willamette Street #359.
  Eugene, OR 97401-9049
  Telephone: (541) 687-9180
  Fax: (541) 804-7391
  Email: lregan@cldc.org

CERTIFICATE OF SERVICE

I, Lauren Regan, certify that on February 11, 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the Office of the United States Attorney.

/s/ *Lauren C. Regan*
Lauren C. Regan, OSB #970878
Counsel for Defendant