UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.: 8:23-cr-00025-VMC-AEP-1

CALEB HUNTER FREESTONE
_____/

## SENTENCING MEMORANDUM

**COMES NOW**, Caleb Hunter Freestone, by and through the undersigned counsel, and files this sentencing memorandum in support of a probation sentence. Mr. Freestone respectfully requests that this Honorable Court impose a sentence "sufficient, but not greater than necessary" to achieve the sentencing purposes of 18 U.S.C. § 3553(a) which the totality demonstrates to be probation.

## FACTORS SUPPORTING A VARIANCE

1. Mr. Freestone was arrested on January 23, 2023, in Miami, Florida and placed on pretrial release. A Superseding Indictment was issued on March 2, 2023, charging Mr. Freestone as outlined in the PSR.

2. The individual characteristics of Mr. Freestone support a probation sentence as outlined below. In *Pepper v. United States*, 131 S.Ct. 1229 (2011), the Supreme Court declared among other things that the history and characteristics of the defendant *on the day of sentencing* (or re-sentencing in Pepper's case) are crucial.

3. As Mr. Freestone stands before this Court at his September 2024 sentencing, he has been on pretrial release conditions for 18 months, since January 23, 2023. His support network speaks from the heart that he is a servant minded person who works hard to help those in need at a multitude

of levels. But before these letters, attached as a composite exhibit, are addressed, the memo will speak to the offense conduct.

4. In this case, Mr. Freestone's passions overflowed leaving people in fear. In the end, the threatening messages were delivered on empty buildings and were not accompanied by any follow-through acts of harm. This does not dismiss the concern and disturbance the messages would have generated. The key for sentencing Mr. Freestone is he did not act on the threatening language. He limited his actions to property crimes, the consequence of which triggered these charges in the federal context.

5. He has accepted responsibility for his actions. He is remorseful and knows that political discourse that crosses the line can be threatening and will not be tolerated. While his passions overflowed over the course of five weeks, they did not rise to confronting people at clinics. The times were late at night when no one would be encountered.

6. The government describes his prior arrests as unlawful acts, but the cases were dropped for myriad reasons. Rather, the litany of letters written in support of his character and affirming his contributions to individuals and community shine through to illuminate his true character.

7. These letters collectively emphasize Mr. Freestone's dedication to community service, his compassionate character, and the significant positive impact he has on those around him. His true character shines through when we see his commitment to people in poor health. First, his fiancé has a combination of health issues that require consistent love and support which he provides. His kindness is not limited to his significant other but rather he also helps his boss' father with his health challenges. This aligns with his family's observations of his intellect, compassion, and generosity and shows that his own medical condition has generated a compassion for individuals suffering from health challenges. The letters show his empathy and service for the homeless, folks who are grieving, people with educational challenges, and the incarcerated. These are all vulnerable populations he has consistently devoted himself to serving.

8. Despite his health challenges as discussed in paragraph 73 of the PSR, he has maintained steady employment and serves a municipal government entity as a dedicated member of the composting team. His work on a private yacht shows his ability to work long hours and be at sea for various

excursions to remain employed. He is a hard worker. His community service work shows he is willing to subject himself to health risks to serve needy people in his community.

9. As the government writes for a sentence of incarceration, Ms. Iasiello describes the richness of his presence to her program Community Hotline for Incarcerated People that serves the incarcerated. He has helped the organization as well as the individuals calling in for help. The acts and personage described in these letters are the product of long-term caring, sacrifice, and effort. They are not sporadic efforts done for mitigation. His soul yearns to make a difference and he does so in a variety of vital contexts.  In the end, the acts of this case should not be taken in isolation. Rather, in the full context of who Mr. Freestone is on the day of sentencing, a sentence of probation honors the totality of sentencing factors.

**WHEREFORE**, because a sentence of probation honors the factors of §3553(a) and is "sufficient, but not greater, than necessary", Mr. Freestone respectfully requests this Honorable Court sentence him to probation.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:  mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **11th day of September 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire